**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSEPH RUGGERIO | : | |
| Plaintiff | : | |
| v | : | Civil Action No. WDQ-05-2860 |
| UNITED STATES MARSHAL SERVICE, *et al.* | : | |
| | : | |
| Defendants | o0o | |

## MEMORANDUM

The above-captioned action, filed on October 17, 2005, seeks return of property pursuant to Fed. R. Crim. Proc. 41(g).  Pending is Defendants' Motion to Strike or in the alternative for Dismissal or Summary Judgment.  Paper No. 9.  Plaintiff was advised of his right to file a Response in Opposition to the Motion and was granted an additional 30 days within which to file the Response.  Papers No. 10, 11 and 13.  Plaintiff, however, has failed to file anything further in this case.  Upon review of the papers filed, Defendants' Motion, construed as a Motion to Dismiss, will be granted.

In their motion, Defendants assert that Plaintiff did not sign his complaint or Motion to Proceed In Forma Pauperis.  Paper No. 9 at p. 3.  Indeed, the complaint contains no signature and, despite service of Defendants' Motion to Dismiss asserting absence of a signature on the complaint as a basis for dismissal, Plaintiff has failed to provide a signed copy of the complaint or the Motion to Proceed in Forma Pauperis.  Rule 11 of the Federal rules of Civil Procedure and Local Rule 102.1.a.ii (D. Md. 2004) require that every pleading, motion, and other paper filed with the court must be signed by the party filing such paper or signed by the party's attorney of record.  Accordingly, the complaint shall be dismissed without prejudice by separate Order which follows.

| | |
|---|---|
| March 24, 2006 | /s/ |
| Date | William D. Quarles, Jr. |
| | United States District Judge |